UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION


IN RE: NUVARING PRODUCTS
LIABILITY LITIGATION
    Anderson, et al. v. Organon USA, Inc., et al.,  )
        N.D. California, C.A. No. 3:13-03599  )    MDL No. 1964


## ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER


    On August 8, 2013, the Panel filed in a conditional transfer order pertaining to this action (*Anderson*). On August 15, 2013, plaintiffs in *Anderson* filed a notice of opposition to the proposed transfer. Due to administrative error, that notice was overlooked. The stay of transmittal with regard to *Anderson* was lifted on August 16, 2013, and the action was transferred to the Eastern District of Missouri. These circumstances justify reinstatement of the conditional transfer order in order to permit plaintiffs to pursue their opposition to transfer.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-198" filed on August 8, 2013, is REINSTATED insofar as it relates to this action.


    FOR THE PANEL:

    Jeffery N. Lüthi
    \Clerk of the Panel